FILED

JAN 1 4 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>REY MUNOZ-AMBROSIO,<br><br>　　　　　Defendant. | Case No. 13cr3718-GT<br><br>**ORDER TO CONTINUE<br>SENTENCING HEARING** |

THE COURT HEREBY ORDERS, upon joint motion of the parties, that the Friday, January 17, 2014, Sentencing Hearing be continued to Monday, February 24, 2014, at 9:30 a.m. The Court finds that time is excludable under the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED: 1-14-14

GORDON THOMPSON, JR.
UNITED STATES DISTRICT COURT JUDGE