

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>REY MUNOZ-AMBROSIO,<br><br>          Defendant. | Case No.:   13CR3718-GT<br><br>**ORDER GRANTING JOINT MOTION TO WITHDRAW GUILTY PLEA** |

Upon joint motion of the parties, and good cause appearing, IT IS ORDERED that the Joint Motion to Withdraw Guilty Plea ~~and Exhibits A - J is granted~~. *is granted*

3/20/14

IT IS SO ORDERED.

DATED 3/20/14

HON. GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE