

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>REY MUNOZ-AMBROSIO,<br><br>      Defendant. | Case No.:  13CR3718-GT<br><br>**ORDER TO SEAL** |

IT IS HEREBY ORDERED that Exhibits D and I to the Joint Motion to Withdraw Guilty ~~Plea and Exhibits A - I (Dkt. Ent. 29)~~ be filed under seal.

IT IS SO ORDERED.

DATED  3/20/14

HON. GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE